## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| CALEB FRANKLIN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> -against-<br><br>SUNFLOWER LTD.,<br><br>      Defendant. | Case No. 1:25-cv-00160-GNS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Caleb Franklin, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant Sunflower Ltd., without prejudice.

Dated:  March 4, 2026

Respectfully submitted,

By:/s/ *Philip G. Fairbanks*

Philip G. Fairbanks
Bartley K. Hagerman
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
pgf@austinmehr.com
bkh@austinmehr.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta*
Matthew A. Girardi*
50 Main Street, Suite 475
White Plains, NY 10606
Telephone:  (914) 874-0710
Facsimile:  (914) 206-3656
Email:  pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  aleslie@bursor.com

*Attorneys for Plaintiffs*

*admitted Pro Hac Vice